**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WEI GUO LEI, an individual;<br><br>　　　Petitioner,<br><br>　　v.<br><br>FERETI SEMAIA, et al.,<br><br>　　　Respondents. | **Case No. ED CV 26-01256-VBF-SK**<br><br>**PRELIMINARY INJUNCTION** |

By TRO issued March 23, 2026, this Court ordered in pertinent part **as follows:**

**No later than Monday, March 30, 2026, the respondents SHALL EITHER (1) release petitioner from detention under the same conditions previously in place or (2) provide him with a hearing before a neutral decisionmaker**, preceded by reasonable advance notice of the time and place of the hearing, at which the government establishes by clear and convincing evidence that detention is necessary to prevent flight or protect the public.

Document #9.  The respondents filed a brief opposing issuance of a PI (Doc 10) on March 26, 2026, petitioner filed a reply thereto on March 27, 2026 (Doc 11), and respondents filed a notice of compliance with the TRO's terms earlier today, Monday, March 30, 2026 (Doc 12).

In their notice of compliance, the respondents confirm that petitioner was afforded a bond hearing earlier today, Monday, March 30, 2026.  *See* Doc 12 at 2.  The respondents attach a ruling wherein immigration judge Patrick Barrett denied bond and ordered that petitioner remain detained "because [t]he Department has determined by clear and convinced evidence that Respondent is such a significant risk of flight that no amount of bond or alternatives to detention would be sufficient to mitigate it."  Doc 12-1 at 2.

ORDER

Petitioner's application for a preliminary injunction is granted only to the following extent: pending entry of final judgment and the resolution of any post-judgment motions for reconsideration or motion for relief from judgment in this Court, the respondents remain enjoined from transferring petitioner outside this federal judicial district.

The case remains open and referred to the United States Magistrate Judge.

**IT IS SO ORDERED.**

Date: March 31, 2026

_____
    Honorable Valerie Baker Fairbank
    Senior United States District Judge