# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WEIGUO LEI,

    Petitioner,

  v.

FERETI SEMAIA, et al.

    Respondents.

Case No. 5:26-cv-01256-VBF-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS HABEAS PETITION**

   In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to Dismiss Habeas Petition, any pertinent records as needed, and Petitioner's objections (ECF 19).  The Court has reviewed de novo those identifiable portions of the R&R to which Petitioner has timely and properly objected.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).  The Court concludes that nothing in Petitioner's objections affects the material findings and conclusions in the R&R.  Thus, the Court accepts the recommendation and orders that the petition under 28 U.S.C. § 2241 be DISMISSED for the reasons stated in the R&R.  Judgment dismissing this action without prejudice will be entered accordingly.

   IT IS SO ORDERED.

DATED:  June 24, 2026
_____

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
United States Senior District Judge