JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WEIGUO LEI,

               Petitioner,

     v.

FERETI SEMAIA, et al.,

               Respondents.

Case No. 5:26-cv-01256-VBF-SK

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation to Dismiss Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed and that this action is dismissed without prejudice.

Date:  June 24, 2026

_____
VALERIE BAKER FAIRBANK
United States Senior District Judge